THE HONORABLE  FRANKLIN D. BURGESS

# UNITED STATES DISTRICT  COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SEDONIA YOUNG, | ) |
| | ) **CASE NO.:  C04-5473FDB** |
| Plaintiff, | ) |
| | ) **ORDER EXTENDING DISPOSITIVE** |
| v. | ) **MOTON DEADLINE** |
| | ) |
| PORT OF TACOMA, ANDREA | ) |
| RINIKER, individually and the marital | ) |
| community thereof with JOHN DOE | ) |
| RINIKER, TIMOTHY FARRELL, and | ) |
| DOES 1-5, inclusive. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Dispositive Motion Deadline ("Stipulated Motion").  In the Stipulated Motion, the parties seek extension of the dispositive motion deadline.  The parties have agreed not to extend the current June 6, 2005 discovery cut-off; but have agreed that depositions that have already been noted will go forward.  The parties have represented that they have agreed to mediator Michael Cavanaugh and are in the process of confirming a mediation date.  The parties have also represented to the Court that these

[PROPOSED] ORDER EXTENDING CERTAIN CASE
SCHEDULE DEADLINES (C04-5473FDB) - 1

C:\DOCUME~1\rmiller\LOCALS~1\Temp\notesE1EF34\Ord re Stip Mtn for Extension of
Deadlines.doc

The Law Offices of GRANT & ASSOCIATES
The Law Dome
3002 So. 47th Street
Tacoma, Washington  98409
Telephone  (253) 472-6213

extensions will not have any impact on any of the later deadlines in the case schedule, including the trial date and the deadlines for filing trial-related pleadings.  Based on the Stipulated Motion and the records and files herein, the Court finds good cause to grant the extension.

Accordingly, it is hereby ORDERED that:

1.      The deadline to file remaining motions, including dispositive motions will be extended from June 24, 2005 to July 5, 2005.

2.      The depositions that have already been noted will go forward.  The parties may take the depositions of witness Robert Goodstein, Plaintiff's experts, Plaintiff's psychiatric nurse practitioner, Plaintiff's counselor and Defendants' rebuttal experts at mutually agreeable times after the current June 6, 2005 discovery cutoff, provided that those post-cutoff depositions shall have no impact on the trial date or other pretrial deadlines and shall be completed not later than August 19, 2005.

3.      Plaintiff may provide expert reports on or before July 11, 2005. Defendants may disclose their rebuttal witnesses and opinions on or before August 1, 2005 after receiving expert reports from Plaintiff's named experts.

4.      All other dates in the Order Setting Trial and Related Dates shall remain unaffected.

\ \

\ \

\ \

[PROPOSED] ORDER EXTENDING CERTAIN CASE
SCHEDULE DEADLINES (C04-5473FDB) - 2

C:\DOCUME~1\rmiller\LOCALS~1\Temp\notesE1EF34\Ord re Stip Mtn for Extension of
Deadlines.doc

1

2          DATED this 10th day of June, 2005.

3

4

5                                              __/s/ Franklin D Burgess_____
                                               Honorable Franklin D. Burgess
6                                              United States District Court
                                               Western District of Washington
7

8     Jointly Presented by:

9
      DATED this 8th day of June, 2005.          GRANT & ASSOCIATES
10

11                                       By:   _____/s/_____
                                               Artis C. Grant, Jr., WSBA No. 26204
12                                             Roxanne L. Rarangol, WSBA No. 30340
                                               Attorneys for Plaintiff
13                                             3002 South 47th Street
                                               Tacoma, WA  98409
14                                             Telephone: (253) 472-6213
                                               Facsimile: (253) 473-9695
15                                             E-mail: agrant@lawdome.com
16                                             E-mail: rrarangol@lawdome.com

17    DATED this 8th day of June, 2005.          JACKSON LEWIS, LLP
18

19                                       By: _____/s/_____
20                                             Barry Alan Johnsrud, WSBA #21952
                                               Aaron A. Roblan, WSBA #30784
21                                             Attorneys for Defendants
                                               One Union Square
22                                             600 University Street, Suite 2900
                                               Seattle, WA 98101
23                                             Telephone: (206) 405-0404
                                               Facsimile: (206) 405-4450
24
                                               E-mail: JohnsrudB@jacksonlewis.com
25                                             E-mail: RoblanA@jacksonlewis.com
26

27
      [PROPOSED] ORDER EXTENDING CERTAIN CASE          The Law Offices of GRANT & ASSOCIATES
28    SCHEDULE DEADLINES (C04-5473FDB) - 3                        The Law Dome
                                                              3002 So. 47th Street
                                                            Tacoma, Washington  98409
      C:\DOCUME~1\rmiller\LOCALS~1\Temp\notesE1EF34\Ord re Stip Mtn for Extension of    Telephone  (253) 472-6213
      Deadlines.doc