THE HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SEDONIA YOUNG,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PORT OF TACOMA, ANDREA RINIKER, individually and the marital community thereof with JOHN DOE RINIKER, TIMOTHY FARRELL, and DOES 1-5, inclusive,<br><br>　　　　　　Defendant. | Case No. C04-5473FDB<br><br>**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE A STIPULATED MOTION FOR TRIAL CONTINANCE AND STAY OF TRIAL RELATED FILINGS UNDER SEAL** |

Pursuant to the stipulation of the parties and to protect the confidentiality of personal health information of the moving party, it is hereby ORDERED that the parties be granted leave to file a Motion for Continuance of Trial Date and Stay of Trial Related Filings UNDER SEAL.

Dated this 31st day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR
LEAVE OF COURT TO FILE A STIPULATED MOTION FOR
TRIAL CONTINUANCE AND STAY TRIAL RELATED FILINGS
UNDER SEAL- 1
CAUSE NO. C04-5473FDB

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1  It is so stipulated:

2                          JACKSON LEWIS, LLP

4                    By: *s/Barry Alan Johnsrud*
                      Barry Alan Johnsrud, WSBA #21952
                      Aaron A. Roblan, WSBA #30784
                      Attorneys for Defendants.
                      One Union Square
                      600 University Street, Suite 2900
                      Seattle, WA 98101
                      Telephone: (206) 405-0404
                      Facsimile: (206) 405-4450
                      E-mail: JohnsrudB@jacksonlewis.com
                      E-mail: RoblanA@jacksonlewis.com

It is so stipulated:

                      GRANT & ASSOCIATES

By: *s/Artist C. Grant, Jr.*
    Artis C. Grant, Jr., WSBA No. 26204
    Roxanne L. Rarangol, WSBA No. 30340
    Attorneys for Plaintiff
    3002 South 47th Street
    Tacoma, WA  98409
    Telephone: (253) 472-6213
    Facsimile: (253) 473-9695
    E-mail: agrant@lawdome.com
    E-mail: rrarangol@lawdome.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE OF COURT TO FILE A STIPULATED MOTION FOR TRIAL CONTINUANCE AND STAY TRIAL RELATED FILINGS UNDER SEAL- 2
CAUSE NO. C04-5473FDB

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404