1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SEDONIA YOUNG,

        Plaintiff,

   v.

PORT OF TACOMA, ANDREA RINIKER,
individually and the marital community thereof
with JOHN DOE RINIKER, TIMOTHY
FARRELL, and DOES 1-5, inclusive,

        Defendants.

Case No. C04-5473FDB

ORDER GRANTING STIPULATED
MOTION FOR TRIAL
CONTINUANCE AND DIRECTING
NEW JOINT STATUS REPORT

The parties having stipulated to a trial continuance and good cause having been shown, NOW

THEREFORE, IT IS ORDERED:

    1.     The Stipulated Motion for Trial Continuance [Dkt. # 35] is **GRANTED**;

    2.     The parties shall submit a new joint status report by **September 30, 2005**; and

    3.     The Clerk shall set a new trial date and pre-trial filing deadlines based on the parties'

        joint status report and as early after January 26, 2006 as the Court's calendar can

        accommodate.

DATED this 31st day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1