THE HONORABLE FRANKLIN D. BURGESS

04-CV-05473-ORD

FILED _____ LODGED
_____ RECEIVED

APR 21 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SEDONIA YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> PORT OF TACOMA, ANDREA RINIKER, individually and the marital community thereof with JOHN DOE RINIKER, TIMOTHY FARRELL, and DOES 1-5, inclusive, <br><br> Defendant. | Case No. C04-5473FDB <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties, by and through their counsel of record, request the Court dismiss all claims asserted in the action with prejudice and without costs to any party.

Dated this 19th day of April, 2006.

| GRANT & ASSOCIATES | JACKSON LEWIS LLP |
|---|---|
| /s/ Roxanne L. Rarangol | /s/ Barry Johnsrud |
| Artis C. Grant, WSBA No. 26204 <br> Roxanne L. Rarangol, WSBA No. 30340 <br> Of Attorney for Plaintiff | Barry Alan Johnsrud, WSBA #21952 <br> Attorneys for Defendants Port of Tacoma, Andrea Riniker, John Doe Riniker, and Timothy Farrell |

STIPULATION AND ORDER OF DISMISSAL - 1
CAUSE NO. C04-5473FDB

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## ORDER

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that the above-captioned matter be dismissed with prejudice as to all parties and without attorney's fees or costs to any party.

DATED this 20 day of April, 2006.

_____
Hon. Franklin D. Burgess

Presented by:

JACKSON LEWIS LLP


By /s/Barry Johnsrud
   Barry Alan Johnsrud, WSBA #21952
   Attorneys for Defendants Port of Tacoma, Andrea Riniker,
   John Doe Riniker, and Timothy Farrell


Approved as to form; Notice of presentation waived.

THE LAW OFFICES OF GRANT & ASSOCIATES


By   /s/Roxanne L. Rarangol
   Artis C. Grant, WSBA No. 26204
   Roxanne Rarangol, WSBA No. 30340
   Of Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2
CAUSE NO. C04-5473FDB

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404